**DISMISS and Opinion Filed September 27, 2024**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01076-CR**

**JIMMY RAY MORROW, JR., Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81276-04**

# MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Carlyle

Jimmy Ray Morrow appeals his conviction for aggravated sexual assault. On November 26, 2007, appellant was sentenced—pursuant to a plea bargain—to five years' imprisonment. We conclude we lack jurisdiction over this appeal, and we dismiss the appeal for want of jurisdiction.

A defendant perfects his appeal by timely filing a written notice of appeal with the trial court clerk. *See* TEX. R. APP. P. 25.2(c). To be timely, the notice of appeal must be filed within thirty days after the date sentence was imposed or within ninety days after sentencing if the defendant timely filed a motion for new trial. *See* TEX.

R. App. P. 26.2(a). The rules of appellate procedure allow the time to file a notice of appeal to be extended if the party files, within fifteen days of the filing deadline, the notice of appeal in the trial court and a motion to extend the time to file the notice of appeal in the court of appeals. *See* Tex. R. App. P. 10.5(b), 26.3. In the absence of a timely perfected notice of appeal, the Court must dismiss the appeal for lack of jurisdiction. *Ex parte Castillo*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

In this case, the judgment states that sentence was imposed November 26, 2007. Even if appellant had filed a motion for new trial and a motion for extension of time to file the notice of appeal, the latest date for timely filing the notice of appeal would have been March 10, 2008. Appellant's notice of appeal filed more than sixteen years past that date is untimely.

Accordingly, we dismiss the appeal for want of jurisdiction.[1]

/Cory L. Carlyle/

CORY L. CARLYLE
JUSTICE

241076F.U05

---

[1] The documents filed with the notice of appeal also indicate we lack jurisdiction because the appeal is from a plea-bargained conviction and the trial court did not grant permission to appeal. *See* Tex. R. App. P. 25.2(a)(2), (d).



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

JIMMY RAY MORROW, JR., Appellant

No. 05-24-01076-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial District Court, Collin County, Texas Trial Court Cause No. 219-81276-04. Opinion delivered by Justice Carlyle. Justices Reichek and Nowell participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

Judgment entered September 27, 2024